# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JAMES DUVALL : | |
| : | |
| : | CIVIL ACTION |
| v. : | No. 24-1920 |
| : | |
| RYDER TRUCK RENTAL, INC., and : | |
| JOHN DOE : | |

## ORDER

This 9th day of August, 2024, for the reasons stated in the accompanying memorandum, it is hereby **ORDERED** that Defendant Ryder Truck Rental, Inc.'s Motion to Dismiss (ECF 4) is **DENIED**. Defendant shall answer the Complaint within the time provided by the Federal Rules of Civil Procedure.

/s/ Gerald Austin McHugh
United States District Judge